# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4093
_____

JAMES E. WILSON,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

June 12, 2018


PER CURIAM.

   AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.


_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

James E. Wilson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.